# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VICKIE DYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-17-1305-F |
| | ) | |
| STATE FARM MUTUAL | ) | *Honorable Stephen P. Friot* |
| AUTOMOBILE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff, Vickie Dyer, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal of this action with prejudice to future filing. Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of the Plaintiff against the named Defendant be dismissed with prejudice.

Respectfully submitted,

*(Signed by Filing Attorney with permission of Plaintiff's Attorney)*

s/ Charles C. Weddle III
Charles C. Weddle III
Bar Number:  18869
Joe E. White, Jr.
Bar Number:  12930
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, OK 73105

*Attorneys for Plaintiff,*
*Vickie Dyer*

1

                                            *s/ Joseph T. Acquaviva, Jr.*
                                            Joseph T. Acquaviva, Jr.
                                            Bar Number:   11743
                                            Zachary K. Housel
                                            Bar Number:   32802
                                            WILSON, CAIN & ACQUAVIVA
                                            300 N.W. 13th Street, Suite 100
                                            Oklahoma City, OK   73103
                                            (405) 231-0062
                                            (405) 236-2607 FAX

                                            *Attorneys for Defendant,*
                                            *State Farm Mutual Automobile*
                                            *Insurance Company*


## **CERTIFICATE OF SERVICE**

    X      I hereby certify that on the 7th day of August, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Joe E. White
joe@whiteandweddle.com
Charles C. Weddle III
**charles@whiteandweddle.com**
**WHITE & WEDDLE, P.C.**
630 N.E. 63rd Street
Oklahoma City, OK 73105
**ATTORNEYS FOR PLAINTIFF**

           I hereby certify that on the _____ day of _____, 2018, I served the attached document by certified mail, return receipt requested, with proper postage prepaid thereon to the following:

                                                s/Joseph T. Acquaviva, Jr.
                                              Joseph T. Acquaviva, Jr.